IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEL J. SABBRESE and<br>PHILIP H. HAUSENBERGER,<br><br>  Plaintiffs,<br><br>v.<br><br>BROWNSVILLE BUS LINES, INC.,<br><br>  Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>No. 2:13-cv-00086<br><br><br>Judge Conti<br><br><br>**Electronic Filing** |

## ORDER OF COURT

AND NOW, this _____ day of June, 2013, Plaintiffs' Motion For Leave to Join Additional Defendant and to Amend Complaint is hereby granted. Plaintiffs are ordered to file their First Amended Complaint within five (5) days of the date of this Order.

By the Court

_____
Joy Flowers Conti
United States District Judge