IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEL J. SABBRESE and PHILIP H. HAUSENBERGER, | : : : | CIVIL ACTION |
| Plaintiffs, | : : | No. 2:13-cv-00086 |
| v. | : : | Chief Judge Conti |
| BROWNSVILLE BUS LINES, INC., and WHITE LINE TAXI, INC., | : : : | **Electronic Filing** |
| Defendants. | : : | |

### PLAINTIFFS' MOTION FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT AND ATTORNEYS' FEES

Plaintiffs, Joel J. Sabbrese and Philip H. Hausenberger, by and through their counsel, Kunkel Law Firm, move this Honorable Court pursuant to 29 U.S.C. § 216(b) of the Fair Labor Standards Act for an Order approving the settlement reached in this matter in the amount of SIXTY-FIVE THOUSAND FIVE HUNDRED DOLLARS ($65,500.00), inclusive of attorneys' fees, costs, and disbursements.  Defendants do not oppose this Motion and have consented to the settlement reached in this matter.

A Memorandum of Law in support of this Motion is being filed simultaneously herewith and the contents therein are incorporated by reference.

WHEREFORE, as more fully set forth in the accompanying Memorandum of Law in support of this Motion, plaintiffs respectfully request that this Court issue an Order approving the collective action settlement reached in this case, inclusive of attorneys' fees, costs, and disbursements.

Respectfully submitted,

Date:                                             /s/Gregory T. Kunkel
November 15, 2013                    Gregory T. Kunkel
                                                  Pa. I.D. No 58027

**Kunkel Law Firm**
One Oxford Centre
301 Grant Street, Suite 4300
Pittsburgh, PA 15219
(724) 438-3020
E-Mail:  greg.kunkel@verizon.net

Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Plaintiffs' Motion for Approval of FLSA Collective Action Settlement and Attorneys' Fees was served this 15th day of November, 2013, by using the CM/ECF system, which will send notification of such filing to the following:

        Brian D. Balonick, Esq.
        Christian C. Antkowiak, Esq.
        Buchanan Ingersoll & Rooney, PC
        One Oxford Centre, 20th Floor
        Pittsburgh, PA  15219-1410
        E-Mail: brian.balonick@bipc.com
        E-Mail: christian.antkowiak@bipc.com

                                                                            /s/ Gregory T. Kunkel
                                                                           Gregory T. Kunkel