**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOEL J. SABBRESE and | : | CIVIL ACTION |
| PHILIP H. HAUSENBERGER, | : | |
| | : | No. 2:13-cv-00086 |
| Plaintiffs, | : | |
| | : | |
| v. | : | Chief Judge Conti |
| | : | |
| BROWNSVILLE BUS LINES, INC., and | : | **Electronic Filing** |
| WHITE LINE TAXI, INC., | : | |
| | : | |
| Defendants. | : | |

## ORDER OF COURT

Upon consideration of Plaintiffs' Motion and attached exhibits as well as oral and written comments received regarding the proposed settlement, and having reviewed the record in this action, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.   The Court approves the settlement of the above-captioned action, as set forth in the Collective Action Settlement and General Release. The parties are directed to move forward in accordance with the terms set forth in the Release.

2.   Defendants have agreed to pay plaintiffs' counsel their reasonable attorneys' fees in this matter. The Court finds the plaintiffs' counsel's request for $28,000.00 in attorneys' fees is fair and reasonable and defendants are directed to make such payments in accordance with the terms of the Collective Action Settlement and General Release.

3.   The Court reserves exclusive and continuing jurisdiction over the action, the class representative and defendants for purposes of supervising the implementation, enforcement, construction, administration and interpretation of the Collective Action Settlement and General Release.

By the Court

_____
Joy Flowers Conti
Chief United States District Judge