IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEL J. SABBRESE and PHILIP H. HAUSENBERGER, | : : : | CIVIL ACTION |
| | : | No.  2:13-cv-00086 |
| Plaintiffs, | : : | |
| v. | : : | Chief Judge Conti |
| BROWNSVILLE BUS LINES, INC., and WHITE LINE TAXI, INC., | : : : | **Electronic Filing** |
| Defendants. | : : | |

**JOINT STIPULATION AND ORDER OF DISMISSAL**
**OF THE INDIVIDUAL CLAIM OF OPT-IN PLAINTIFF AUGUST CORFONT**

Opt-in Plaintiff August Corfont, by and through plaintiffs' counsel, Gregory T. Kunkel, Esq., and Defendant, Brownsville Bus Lines, Inc. and White Line Taxi, Inc., by and through its counsel, Christian C. Antkowiak, Esq. and Buchanan Ingersoll & Rooney, P.C., file the following Joint Stipulation and Order of Dismissal of the Individual Claim of Opt-In Plaintiff August Corfont, and state as follows:

1. This is a collective action filed by the Plaintiffs on January 15, 2013 under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* in which the Plaintiffs allege on behalf of themselves and other similarly situated current and former employees who were employed by the Defendants that they are entitled to unpaid wages for overtime work for which they did not receive any overtime premium pay as well as liquidated damages.

2. By Order dated July 12, 2013 [Doc 29], this Court granted the parties' Consent Motion for Conditional Certification and Authorization of Classwide Notice and conditionally certified a collective action comprised of all persons employed as Para-transit Drivers by

Defendants Brownsville Bus Lines, Inc. and/or White Line Taxi, Inc. from January 15, 2010 through the present.

3. On June 6, 2013, Opt-In Plaintiff August Corfont filed a Consent to Join Suit as Party Plaintiff. [Doc. 25].

4. Opt-in Plaintiff August Corfont has authorized plaintiffs' counsel to enter into a Stipulation of Dismissal dismissing his individual FLSA claim in the above-captioned action with prejudice.

5. Defendants hereby consent and stipulate to the dismissal of the individual claim of Opt-in Plaintiff August Corfont in the above-captioned case.

6. The parties further stipulate that this Joint Stipulation and Order of Dismissal of to the Individual Claim of Opt-In Plaintiff August Corfont has no effect on the remaining claims asserted by any other Named Plaintiff or Opt-In Plaintiff in this action.  Rather, the parties have stipulated only to the dismissal of the individual FLSA claim of Opt-In Plaintiff August Corfont.

WHEREFORE,  IT IS HEREBY STIPULATED by and between counsel for the parties hereto and ORDERED by the Court that the individual claim of Opt-In Plaintiff August Corfont filed in the above-captioned collective action shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorneys' fees with respect to Opt-in Plaintiff August Corfont's claim.   This Stipulation and Order of Dismissal does not bar, limit or in any way affect the claims of the other Named Plaintiffs and Opt-in Plaintiffs in this action.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Gregory T. Kunkel | /s/ Christian C. Antkowiak (by consent) |
| Gregory T. Kunkel, Esq. | Christian C. Antkowiak, Esq. |
| Pa. I.D. No. 58027 | Pa. I.D. No. 209231 |
| **Kunkel Law Firm** | **Buchanan Ingersoll & Rooney, PC** |
| 301 Grant Street, Suite 4300 | One Oxford Centre, 20th Floor |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15219-1410 |
| (724) 438-3020 **O** | (412) 562-3988 |
| (724) 438-3963 **F** | E-Mail: christian.antkowiak@bipc.com |
| E-Mail: greg.kunkel@verizon.net | |
| Counsel for Plaintiffs | Counsel for Defendants |

Dated:  November 18, 2013


SO ORDERED:


/s/ Joy Flowers Conti          J.
Joy Flowers Conti
Chief United States District Judge

Date:  November 19, 2013